# United States Bankruptcy Court
## Western District of Missouri

In re: **Kansas City United Methodist Retirement Home, Inc., d/b/a Kingswood Senior Living Community**
Debtor(s)

Case No. **21-41049-11-CAN**
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Kansas City United Methodist Retirement Home, Inc., d/b/a Kingswood Senior Living Community** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 18, 2021**
Date

/s/ Jonathan A. Margolies
**Jonathan A. Margolies #30770**
Signature of Attorney or Litigant
Counsel for Kansas City United Methodist Retirement Home, Inc., d/b/a Kingswood Senior Living Community
McDowell, Rice, Smith & Buchanan, PC
605 West 47th Street, Suite 350
Kansas City, MO 64112-1900
816/753-5400 Fax:816/753-9996
jmargolies@mcdowellrice.com