IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KANSAS CITY UNITED METHODIST | ) | Chapter 11 |
| RETIREMENT HOME, INC., d/b/a | ) | |
| KINGSWOOD SENIOR LIVING | ) | Case No. 21-41049-11-CAN |
| COMMUNITY, | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF DESIGNATION AS**
**<u>COMPLEX CHAPTER 11 BANKRUPTCY CASE</u>**

This bankruptcy case was filed on August 18, 2021. Debtor as the undersigned party in interest believes that this case qualifies under L.R. 1002-2 as a Complex Chapter 11 Bankruptcy Case because:

__X__ There is a need for emergency consideration of the following "first day" motions:

(1) Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral and Providing Adequate Protection (interim hearing only);

(2) Motion for Authorization to Pay Prepetition Claims of Critical Vendors and Contractors;

(3) Application for Approval of Payment of Prepetition Payroll (to the limit provided by § 507);

(4) Motion for Order Authorizing Maintenance of Cash Management System and Continued Use of Certain Existing Bank Accounts, Investment and Deposit Practices, and Certain Business Forms;

(5) Application for Determination of Adequate Assurance of Payment to Utilities;

(6) Motion for Entry of an Order Authorizing the Implementation of Procedures to Maintain and Protect Confidential Patient Information;

(7) Motion for Entry of Order Authorizing Debtor to (I) Escrow Post-Petition Entrance Fees and (II) Refund Certain Resident Entrance Fees; and

(8) Motion for Entry of an Order Authorizing the Debtor to Assume the Plan Support Agreement.

__ X __ The Debtor has total debt of more than $50 million and unsecured non-priority debt of more than $4 million;

__ X __ There are more than 400 parties in interest in this case; and

__ X __ Claims against the Debtor are publicly traded.

        Respectfully submitted,

        McDOWELL, RICE, SMITH & BUCHANAN

        By: */s/ Jonathan A. Margolies*
        Jonathan A. Margolies    MO #30770
        605 West 47th Street, Suite 350
        Kansas City, MO 64112
        816/753-5400
        Fax: 816/753-9996
        jmargolies@mcdowellrice.com
        ATTORNEYS FOR DEBTOR

- 3 -

## CERTIFICATE OF SERVICE

      On August 18, 2021, the above and foregoing was filed with the United States Bankruptcy Court for the Western District of Missouri using the CM/ECF Electronic court filing system with notification to all parties requesting electronic notification as well as service via e-mail or fax and United States Mail, postage prepaid, to:

| | |
|---|---|
| Daniel Bleck, Esq. | Office of the United States Trustee |
| Mintz, Levin, Cohn, Ferris, | 3440 Charles Evans Whittaker Courthouse |
|   Glovsky and Popeo, P.C. | 400 East 9th Street |
| One Financial Center | Kansas City, MO  64106 |
| Boston, MA  02111 | Fax:  816/512-1967 |
| E-mail:  dsbleck@mintz.com | |

                                                   /s/ Jonathan A. Margolies
                                                 Attorney for Debtors