UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In Re | ) | |
| | ) | |
| KANSAS CITY UNITED METHODIST | ) | Bankruptcy Case No.   21-41049-CAN-11 |
| RETIREMENT HOME, INC., d/b/a KINGSWOOD | ) | |
| SENIOR LIVING COMMUNITY, | ) | |
| | ) | |
| Debtor | ) | |

**ORDER APPROVING DISCLOSURE STATEMENT AND
SETTING CONFIRMATION HEARING**

1.   The Court has reviewed the Disclosure Statement filed on August 18, 2021, and said Disclosure Statement is APPROVED.

2.   On August 18, 2021, debtor filed a Chapter 11 Plan and a Confirmation Hearing will be held on **November 5, 2021** at **10:00 a.m.**, central time, with the location to be determined at the status hearing on November 2, 2021.

3.   No later than Monday, October 4, 2021, debtor shall mail the plan, and ballot to creditors, equity security holders and other parties in interest pursuant to B.R. 3017(d), **and file a certificate of service.** At the earliest time possible before the hearing, debtor shall provide, as appropriate, to a single creditor or all creditors, additional information which is reasonably requested.   If parties cannot resolve such requests, they may request a telephone conference with the court prior to the hearing.

4.   **November 2, 2021** at **1:30 p.m.**, central time, is fixed for the status hearing on any objections to confirmation of the plan and related matters. Parties wishing to participate in the above hearing shall call **1-888-204-5984** and use Access Code **9973398#**. Parties should notify the courtroom deputy of their intent to participate in the phone conference by sending an e-mail to: beth_graham@mow.uscourts.gov .

5.   **November 1, 2021** is the deadline for:

   A. Objections to plan confirmation.
   B. Serving on debtor's attorney (or other party indicated on ballot) ballots accepting or rejecting the plan referenced above.

6.   Motions for valuation, termination of stay, dismissal or conversion to another chapter which are now pending or subsequently filed will be heard at the same time as the confirmation hearing unless a party requests otherwise.

7.   The record date for determining which creditors may vote on the Plan is September 28, 2021.

IT IS SO ORDERED.

Dated:   September 28, 2021                                    /s/ Cynthia A. Norton

                                                         United States Bankruptcy Judge

**cc: Jonathan Margolies, Attorney for Debtor(s)
FOR SERVICE ON ALL CREDITORS AND PARTIES IN INTEREST**